UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

ERIC BLAND,

        Defendant.

17-cr-573 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Government should respond to the defense request for a reduction in sentence, ECF No. 44, by **March 29, 2024**. The defense may reply by **April 12, 2024**.

SO ORDERED.

Dated: March 14, 2024
      New York, New York

                                          John G. Koeltl
                                United States District Judge