UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

ERIC BLAND,

            Defendant.

17-cr-573 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should submit any further response to the defense application for a reduction in sentencing, including any victim statements by **May 6, 2024**.

SO ORDERED.

Dated: April 5, 2024
      New York, New York

                                        John G. Koeltl
                                      United States District Judge