AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Eric Bland | ) Case No: 17cr573 |
|  | ) USM No: 79510-054 |
| Date of Original Judgment: 06/25/2019 | ) |
| Date of Previous Amended Judgment: | ) Sarah Baumgartel |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **216** months **is reduced to** **196**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
Pursuant to Amendment 821 to the Sentencing
Guidelines, the defendant's criminal history should
not have been increased by two points as a result of
committing the offense of conviction while under a
prior criminal justice sentence. Therefore, the
defendant's criminal history is I, and not II, and
the defendant's Guideline Sentencing Range is
reduced from 188 to 235 months' imprisonment to 180
to 210 months' imprisonment (as a result of the
mandatory minimum sentence that fixes the lower end
of the Guideline range).
```

Except as otherwise provided, all provisions of the judgment dated **06/25/2019** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/8/24

Judge's signature

JOHN G. Koeltl, U.S.D.J.
*Printed name and title*

Effective Date: _____
*(if different from order date)*